**SUNBELT RENTALS**

PC#:132
3505 BASHFORD AVENUE
LOUISVILLE, KY 40218
502-451-8387

**SUNBELT RENTALS, INC.**
Salesman: 13219 BIERY,JAMES (132
Typed By: JBIERY

## RESERVATION

Job Site:
C J MAHAN CONSTRUCTION CO #53
3505 BASHFORD AVE
LOUISVILLE, KY 40218-3105

C#: 614-875-8200  J#: 614-314-3616

Contract #.. 21772329
Contract dt.. 8/12/09
Date out..... 8/14/09  9:00 AM
Est return.. 9/11/09  9:00 AM
Job Loc..... BRIDGE JOB ON HWY 22
Job No...... 10- C J MAHAN CONSTR
P.O. #...... KY22  1031-09
Ordered By.. PIPER, JEFF
NET DUE UPON RECEIPT

Customer: 2000010
C J MAHAN CONSTRUCTION CO #53
PO BOX 670
GROVE CITY, OH 43123

**Created at PC# 140 for PC# 132**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1.00 | 80' MANLIFT 4WD DSL 0580822 | | 600.00 | 1400.00 | 2900.00 | 2900.00 |

2100.00

```
        ***   EQP MSG   ***
*    Familiarization of the equipment stated on this contract has been
offered to the customer.
*    An Operator's Manual and the Manual of Responsibilities has been
provided with the equipment stated on this contract.
*    OSHA 1926.453 & ANSI Regulation A92 requires All Boom Lift occu-
pants of the platform to wear Personal Fall Protection. Personal Fall
Protection equipment is available for purchase from Sunbelt Rentals.
```

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | ENVIRONMENTAL ENVIRONMENTAL | EA | 36.250 | 36.25 |
| | DELIVERY CHARGE | | | 95.00 |
| | PICKUP CHARGE | | | 95.00 |

COPY

EXHIBIT 2

CONTINUED

*********************************************
Rate your rental experience www.sunbeltrentals.com/survey
*********************************************

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES MAY APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES AND REPAIRS |
|---|---|---|

1. The total charges in this Contract is an estimate based on the estimated rental period provided by Customer.
2. Customer assumes all risks associated with the Equipment during the Rental Period, including injury and damage to persons, property and the equipment.
3. Customer is responsible for and shall only permit properly trained, authorized individuals, who are not under the influence of drugs or alcohol, to use the Equipment.
4. If the Equipment does not operate properly, the Equipment is not suitable for customer's intended use, the Equipment did not come with operating and safety instructions or customer has any questions regarding use of the Equipment, do not operate the Equipment and contact Sunbelt immediately.
5. Misuse of the Equipment or using damaged or malfunctioning Equipment may result in serious bodily injury or death.
6. Customer has received, read, understands and agrees to the estimated charges herein and all the terms and conditions of this Contract, including the Release and Indemnification provision in Section 8.
7. Customer must call to request pickup of Equipment, retain Pick Up Number given by Sunbelt and is responsible for Equipment until actually retrieved by Sunbelt.
8. For operations in California: Customer is renting equipment registered under the California Air Resources Board (CARB) Portable Equipment Registration Program (PERP). The operator of this equipment is subject to the requirements of the PERP regulation and local Air Pollution Control District rules. Under the PERP Regulation, the renter is required to keep a copy of the rental agreement and CARB registration certificate, including operating conditions and notification requirements, with the equipment at all times. By signing this form, the renter acknowledges receipt of these documents.

Customer is declining Rental Protection Plan _____ (Customer Initials)

_____   _____   _____   _____
Customer Signature            Date         Name Printed                  

_____   _____
Delivered By                  Date

** www.sunbeltrentals.com **

RNTRESP1 (Rev 05/27/09)

# ADDITIONAL TERMS AND CONDITIONS

1. TERMS. Customer's rental of the Equipment is conditioned upon Customer's agreement with the terms of this Contract. All of the terms herein are incorporated into all future contracts between Sunbelt and Customer upon Customer's use of Sunbelt's equipment under those contracts, without objection, unless subsequently modified in writing by Sunbelt. Any reference in Customer's purchase order or any other Customer document (except for any executed Customer credit application or additional terms which are required by law) shall be void and deemed rejected. "Customer" is identified on the front of this Contract and includes any representatives, agents, officers or employees of Customer and anyone signing this Contract on their behalf. "Equipment" is the equipment and/or services identified on the front of this Contract, together with all replacements, repairs, additions, attachments and accessories thereto. Customer represents that the "Site Address" is the location where the Equipment will be located throughout the Rental Period and is identified on the front of this Contract. "Store" is the Sunbelt store location identified on the front of this Contract. "Sunbelt" is Sunbelt Rentals, Inc. and its affiliated companies, their respective officers, directors, employees and agents.

2. RENTAL CONTRACT. Sunbelt hereby rents to Customer and Customer rents from Sunbelt the Equipment pursuant to this Contract. Customer shall pay Sunbelt the rental rates (including any minimum rental identified on the front of this Contract) and other charges described herein when due, return the Equipment to Sunbelt as required herein and otherwise comply with this Contract. This Contract is a true lease. The Equipment (a) is and shall remain the personal property of Sunbelt; (b) shall not be considered affixed to real property; and (c) shall be maintained by Customer such that the Equipment may be removed without damaging any building or property.

3. PERMITTED USE. Customer agrees that Sunbelt has no control over the manner in which the Equipment is operated during the Rental Period by Customer or any third party that Customer implicitly or explicitly permits. Customer warrants that: (a) prior to each use of the Equipment, Customer has or will inspect the Equipment to confirm that the Equipment is in good condition, without defects, includes readable decals and operating and safety manuals and is suitable for Customer's intended use; (b) any apparent agent at the Site Address is authorized to accept delivery of the Equipment (and if Customer requests early morning delivery, Customer authorizes Sunbelt to leave the Equipment at the Site Address without requirement of written receipt); (c) Customer shall immediately notify Sunbelt if the Equipment is lost damaged, stolen, unsafe, disabled or malfunctioning, defects are discovered, the Equipment is levied upon or threatened with seizure, or if an Incident (defined below) occurs; (d) Customer has received from Sunbelt all information needed or requested regarding the operation of the Equipment; (e) Sunbelt is not responsible for providing operator or other training unless Customer specifically requests and pays for training that Sunbelt has agreed to provide (Customer being responsible to obtain all training that Customer desires from third parties if Sunbelt does not provide such training, prior to the Equipment use); (f) only authorized individuals shall use and operate the Equipment ("authorized individuals" being those who are familiar with and properly trained to use the Equipment and who are not under the influence of drugs or alcohol); (g) the Equipment's use shall be in a careful manner, in compliance with all operation and safety manuals and other instructions provided on, in or with the Equipment and all Federal, State and local laws and licenses, including but not limited to, OSHA, as revised; and (h) the Equipment shall be kept in a secure location.

4. PROHIBITED USE. Customer shall not (a) alter, disfigure, or cover up any numbering, lettering, decals, or insignia on the Equipment or remove any operation or safety manuals; (b) assign its rights under this Contract; (c) move the Equipment from the Site Address without Sunbelt's written consent of the new location; (d) intentionally damage the Equipment; (e) use the Equipment in a negligent, reckless, illegal, unauthorized or abusive manner nor allow the operation of the Equipment for an illegal purpose or by any unauthorized individual (Customer acknowledging that the Equipment may be dangerous if used improperly or by untrained parties).

5. MAINTENANCE. Customer shall perform routine maintenance of the Equipment, including routine inspections and maintenance of fuel and oil levels, grease, filters, cooling system, water, batteries, cutting edges, and cleaning accordance with the manufacturer's specifications (all other maintenance or repairs may only be performed by Sunbelt, but Sunbelt has no responsibility during the Rental Period to inspect or perform any maintenance or repairs unless Customer requests a service call). If Sunbelt determines that repairs to the Equipment are required, other than Ordinary Wear and Tear, Customer shall pay the full cost of repairs and rental of the Equipment until the repairs are completed. "Ordinary Wear and Tear" means normal deterioration considered reasonable in the equipment rental industry for one shift use. Sunbelt has the right to enter, inspect and observe the use of the Equipment wherever located. Customer has the authority to and hereby grants Sunbelt the right to enter the physical location of the Equipment for the purposes set forth herein. Sunbelt shall be responsible for repairs needed because of Ordinary Wear and Tear. Customer agrees that repair or replacement is Customer's exclusive remedy for Sunbelt's breach of this Contract. Notwithstanding Sunbelt's service commitment, Sunbelt shall have no obligation to (a) repair or replace Equipment damaged by Customer's breach of this Contract or other misuse, abuse or neglect; or (b) stop the Rental Period, commence repairs or rent other equipment to Customer until Customer or Customer's insurance company has inspected such Equipment and agreed to pay or paid for such costs.

6. CUSTOMER LIABILITY FOR DAMAGE AND LOSS. CUSTOMER ASSUMES DURING THE RENTAL PERIOD (DEFINED BELOW) ALL RISKS ASSOCIATED WITH THE POSSESSION, CUSTODY AND OPERATION OF AND FULL RESPONSIBILITY FOR, THE EQUIPMENT, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, DEATH, RENTAL CHARGES, LOSSES, DAMAGES AND DESTRUCTION, INCLUDING TRANSPORT, LOADING AND UNLOADING. "Incident" is any fine, citation, theft, accident, casualty, loss, injury, death or damage to person or property, claimed by any person, or may be or appears to have occurred on, in connection with, or around the Equipment. After an Incident, Customer shall (a) immediately notify the police and Sunbelt; (b) secure and maintain the Equipment and the surrounding premises in the condition existing at the time of such Incident, until Sunbelt and/or its designees investigate such Incident; (c) immediately after receipt submit to Sunbelt copies of all police or other third party reports and notify Sunbelt of any other reports; and (d) pay Sunbelt, in addition to other sums due herein the rental rate for Equipment until the repairs are completed or Equipment replaced plus (i) the manufacturer's list price on the date of the loss ("MSLP") of the lost or destroyed Equipment ("lost" being when Equipment's location is unknown, or Customer is unable to recover for a period of 30 days); or (ii) the full cost of repairs of damaged Equipment. Accrued rental charges shall not be applied against such additional amounts. Sunbelt shall have the immediate right, but not obligation, to reclaim any Equipment involved in any Incident.

7. NO WARRANTIES. Sunbelt does not design or manufacture the Equipment and is not the agent of the party(ies) that do. SUNBELT DISCLAIMS ANY AND ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE EQUIPMENT INCLUDING ITS DURABILITY, CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE. CUSTOMER ACKNOWLEDGES ACCEPTANCE OF THE EQUIPMENT ON AN "AS IS, WHERE IS" BASIS, WITH ALL "ALL FAULTS" AND WITHOUT ANY RECOURSE WHATSOEVER AGAINST SUNBELT. CUSTOMER ASSUMES ALL RISKS ASSOCIATED WITH THE EQUIPMENT AND RELEASES SUNBELT FROM ANY AND ALL LIABILITIES AND DAMAGES (INCLUDING LOST PROFITS, PERSONAL INJURY, AND SPECIAL, INCIDENTAL AND CONSEQUENTIAL DAMAGES) IN ANY WAY CONNECTED WITH THE EQUIPMENT, ITS OPERATION OR USE OR ANY DEFECT OR FAILURE THEREOF OR A BREACH OF SUNBELT'S OBLIGATIONS HEREIN.

8. RELEASE AND INDEMNIFICATION. TO THE FULLEST EXTENT PERMITTED BY LAW, CUSTOMER INDEMNIFIES, RELEASES, HOLDS SUNBELT HARMLESS AND AT SUNBELT'S REQUEST, DEFENDS (WITH COUNSEL APPROVED BY SUNBELT) FROM AND AGAINST ALL LIABILITIES, CLAIMS, LOSSES, DAMAGES, AND EXPENSES (INCLUDING ATTORNEY'S FEES AND EXPENSES) HOWEVER ARISING OR INCURRED, RELATED TO ANY INCIDENT, ANY DAMAGE TO PROPERTY, INJURY TO, OR DEATH OF, ANY PERSON OR ANY CONTAMINATION OR ALLEGED CONTAMINATION, OR VIOLATION OF LAW OR REGULATION CAUSED BY OR CONNECTED WITH THE USE, POSSESSION OR CONTROL OF THE EQUIPMENT DURING THE RENTAL PERIOD OR BREACH OF THIS CONTRACT, WHETHER OR NOT CAUSED BY THE ACTIVE OR PASSIVE NEGLIGENCE OR OTHER FAULT OF ANY PARTY INDEMNIFIED HEREIN AND ANY OF THE FOREGOING ARISING OR IMPOSED IN ACCORDANCE WITH THE DOCTRINE OF STRICT OR ABSOLUTE LIABILITY. CUSTOMER'S INDEMNITY OBLIGATIONS SHALL SURVIVE THE EXPIRATION OR TERMINATION OF THIS CONTRACT. IF ANY PART OF THIS SECTION IS DETERMINED INVALID BY A COURT OF COMPETENT JURISDICTION, CUSTOMER AGREES THAT THIS RELEASE AND INDEMNIFICATION SHALL BE ENFORCEABLE TO THE FULLEST EXTENT PERMITTED BY LAW.

9. INSURANCE. During the Rental Period, Customer shall maintain, at its own expense, the following minimum insurance coverage: (a) general liability insurance of not less than $1,000,000 per occurrence, including but not limited to, coverage for Customer's contractual liabilities herein (including the release and indemnification clause contained in Section 8); (b) if the RPP (defined below) is not elected and paid for, property insurance against loss by all risks to the Equipment, in an amount at least equal to the MSLP thereof; and (c) worker's compensation insurance as required by law; and (d) if the Equipment is to be used on any roadway, automobile liability and physical damage insurance (including comprehensive and collision coverage, a non-owned vehicle endorsement and uninsured/underinsured motorist coverage), in the same amounts set forth in subsections (a) and (b). Such policies shall be primary (and not on an excess basis), on an occurrence basis, name Sunbelt as an additional insured and loss payee, and provide for Sunbelt to receive at least 30 days prior written notice of any cancellation or material change in such coverage. Customer shall provide Sunbelt with certificates of insurance evidencing the coverages required above prior to any rental and any time upon Sunbelt's request (failure to provide such certificates may constitute a breach of this Contract). THE INSURANCE REQUIRED HEREIN DOES NOT RELIEVE CUSTOMER OF ANY OF CUSTOMER'S RESPONSIBILITIES, INDEMNIFICATION OR OTHER OBLIGATIONS HEREIN, OR FOR WHICH CUSTOMER MAY BE LIABLE BY LAW OR OTHERWISE.

10. RENTAL PROTECTION PLAN ("RPP"). If Customer has elected the RPP and the Equipment is lost, stolen, damaged or destroyed, provided the Conditions are satisfied and an Exclusion does not apply, then Customer's repair or replacement responsibility in Sections 5 and 6 is modified by the RPP and Sunbelt shall limit the amount Sunbelt collects from Customer for the Equipment loss, damage or destruction to the following amounts: (a) 10% of the MSLP for Equipment stolen from a secure location (being defined as under lock and key with only Customer having access thereto); (b) 50% of the MSLP for Equipment stolen from an unsecured location; (c) 50% of the cost of repairs for incidental or accidental damage to Equipment less the greater of $500 or 10% of the MSLP; (d) 50% of the MSLP of destroyed Equipment less the greater of $500 or 10% of MSLP; (e) costs in excess of $50 for tire puncture repairs, if dispatched by Sunbelt (excludes foam filled tires, demolition tires and tire replacement, the entire cost of repair and/or replacement being Customer's responsibility in such events); and (f) nothing for the rental charges which would otherwise accrue during the period when damaged or destroyed Equipment is being repaired or replaced by Sunbelt or, for lost or stolen Equipment, after Sunbelt receives the police report. THE RPP IS NOT INSURANCE AND DOES NOT PROTECT CUSTOMER FROM LIABILITY TO SUNBELT OR OTHERS ARISING OUT OF POSSESSION OR OPERATION OF THE EQUIPMENT, INCLUDING INJURY OR DAMAGE TO PERSONS OR PROPERTY.

i. RPP Conditions. The following "Conditions" must be satisfied for the RPP to apply: (A) Customer accepts the RPP; (B) Customer pays 14% of the gross rental charges as the fee for the RPP; (C) Customer fully complies with the terms of this Contract; (D) Customer's account is current at the time of the loss, theft, damage or destruction of the Equipment; and (E) none of the Exclusions apply.

ii. RPP Exclusions. Customer assumes the Exclusion risks, meaning that if any Exclusion occurs, the RPP does NOT cover the loss, theft, damage or destruction resulting from such Exclusion. "Exclusions" shall mean loss, theft, damage or destruction of the Equipment: (A) due to possession and/or operation of Equipment by a person other than Customer or Customer's authorized employee or anyone dishonest act by Customer; (B) due to the Equipment's operation in a manner inconsistent with the manufacturer's instructions, or contrary to this Contract, including but not limited to the Equipment exceeding rated capacity, being overloaded, misuse, abuse, negligence, improper servicing or lack of Customer required maintenance; (C) due to the Equipment's collision, overturning, upset, rolling over or striking overhead objects; (D) caused by vandalism, malicious mischief, disappearance, loss, theft or wrongful conversion of Equipment not reported by Customer to the police within 48 hours of discovery, and substantiated by a written police report (promptly delivered to Sunbelt); (E) occurring during the loading, unloading or transportation of the Equipment; (F) due to flood, wind, storm, earthquake or other external causes; (G) due to nuclear reaction, radiation, radioactive contamination, exposure and/or contamination or from hazardous materials or any other cause; (H) due to seizure or destruction of Equipment by order of governmental authority; and (I) accessories, which are not being charged the RPP fee. THE EXCLUSIONS ARE RISKS ASSUMED BY CUSTOMER AND ARE NOT COVERED BY THE RPP.

iii. Recovery of Equipment. If the Equipment is recovered at a later date, Sunbelt retains ownership of the Equipment. Notwithstanding anything to the contrary in this Contract, if lost or stolen Equipment is later recovered, neither Customer nor Customer's insurance company shall have any ownership rights to it, regardless of any payments made by Customer or Customer's insurance company with respect to such Equipment, all of which payments are non-refundable. Customer agrees to promptly return any Equipment that is recovered.

iv. Subrogation. Sunbelt shall be subrogated to Customer's rights to recover against any person or entity relating to any loss, theft, damage or destruction to the Equipment. Customer shall cooperate with, assign Sunbelt all claims and proceeds arising from such loss, theft, damage or destruction, execute and deliver to Sunbelt whatever documents are required and take all other necessary steps to secure in Sunbelt such rights.

11. RENTAL PERIOD. "Rental Period" commences when the Equipment is delivered to Customer or the Site Address and continues until the Equipment is returned to the Store during normal business hours, provided Customer has otherwise complied with this Contract and the Equipment is in the condition required herein. Sunbelt may terminate this Contract at any time, for any reason, after the estimated Rental Period identified on the front of this Contract. If Customer elects for Sunbelt to pick up the Equipment, the day Customer calls Sunbelt and receives a Pick Up Number (defined below), Customer may receive a credit for the rental charges from the date the Pick Up Number is given (so that the Rental Period ends on the date the Pick Up Number is given), provided Customer has otherwise complied with this Contract and the Equipment is in the condition required herein.

12. RENTAL RATES. The total charges specified in this Contract are: (a) estimated based upon Customer's representation of the estimated Rental Period identified on the front of this Contract (rental rates beyond the estimated Rental Period may change); and (b) for the Equipment's use for "one shift" being not more than 8 hours per day and 40 hours per week unless otherwise noted. Weekly and monthly rental rates shall not be prorated and the daily rental rate shall apply. Customer shall notify Sunbelt if the Equipment is used in excess of the above number of hours or the estimated Rental Period, and if so used, Customer shall pay additional fees. In addition to the rental rates and other fees for the Equipment, Customer is responsible for (i) all licenses, fees and taxes based on Customer's use of the Equipment; (ii) delivery and pickup costs to and from the Store; (iii) maintenance, repairs and replacements to the Equipment as provided herein; (iv) a cleaning fee if the Equipment is returned uncleaned; (v) fees for lost keys; (vi) fuel used during the Rental Period (Customer may either return the Equipment fully fueled or a fuel charge will be assessed (designed to cover Sunbelt's direct and indirect costs of refueling the Equipment)); and (vii) an environmental charge (designed to cover Sunbelt's direct and indirect costs of handling and disposing of wastes and hazardous materials). The environmental charge is not a government mandated charge. Payment for all estimated charges is due at the time of rental, in cash or by a credit card, unless Sunbelt approves Customer's executed credit application. The convenience charge for off road diesel fuel does not include state motor fuel taxes.

13. PAYMENT. Customer is liable for and shall pay all rental charge(s) and applicable federal, state and/or local taxes, without any offsets, deductions or claims, in full no later than the end of the Rental Period, or if an approved credit customer, upon receipt of Sunbelt's invoice. Customer must notify Sunbelt in writing of any disputed amounts, including credit card charges, within 15 days after the receipt of the invoice/contract or Customer shall be deemed to have irrevocably waived its right to dispute such amounts and the amounts shall be deemed final and binding. At Sunbelt's discretion, any credit account with a delinquent balance may be placed on a cash basis, deposits may be required and the Equipment picked up without notice. Due to the difficulty in fixing actual damages caused by late payment, Customer agrees that a service charge equal to the lesser of 1.5% per month or the maximum rate permitted by law shall be assessed on all delinquent accounts, until paid in full. Deposits are only required to be returned after all fees and expenses paid in full. Customer agrees that if a credit card is presented to pay for charges or to guarantee payment, Customer authorizes Sunbelt to charge the credit card the estimated charges specified in this Contract, any required security deposit and all additional charges subsequently incurred by Customer, including but not limited to, loss of or damages to the Equipment. Customer's obligations to return and pay for the amounts due herein shall survive the Rental Period and termination of this Contract.

14. RETURN OF EQUIPMENT. At the end of the Rental Period, the Equipment shall be returned to Sunbelt in the same condition it was received, less Ordinary Wear and Tear and free of any hazardous materials and contaminants. The Rental Period and this Contract shall not terminate and rental charges shall continue to accrue until Sunbelt confirms that the Equipment is returned in the condition required herein. If Sunbelt delivered the Equipment to Customer, Customer shall notify Sunbelt that the Equipment is ready to be picked up at the Site Address and obtain a "pick-up" number from Sunbelt evidencing such call ("Pick Up Number"); provided Customer remains liable for any loss of or damage to the Equipment until Sunbelt confirms that the Equipment is returned in the condition required herein (which Pick Up Number Customer should keep for its records as proof of such call). No pickups occur on Sundays and Saturday pickups are dependent on specific Store hours. If Customer picked up Equipment, Customer shall return Equipment to the same Store during that Store's normal business hours. Any loss of or damage to the Equipment resulting from a return other than as set forth above shall be Customer's sole responsibility. If the Equipment is not returned by the estimated end of the Rental Period specified on the front of this Contract, in addition to the charges set forth in this Contract, Customer agrees to pay the applicable rental rate for the Equipment until the end of the Rental Period.

15. DEFAULT. Customer shall be in default if Customer: (a) fails to pay sums when due; (b) breaches any provision of this Contract; (c) becomes a debtor in a bankruptcy proceeding, or goes into receivership; (d) places the Equipment at risk if Sunbelt, in good faith, deems itself insecure; (e) fails to return Equipment immediately upon Sunbelt's demand; or (f) is in default under any other contract with Sunbelt. If a Customer default occurs, Sunbelt shall have, in addition to all rights and remedies at law or in equity, the right to enter the Site Address or wherever the Equipment is located and repossess the Equipment without judicial process or prior notice. Customer shall pay all of Sunbelt's costs, including reasonable costs of collection, court costs and attorney's fees incurred in exercising any of its rights or remedies herein. The use of false identification to obtain Equipment or the failure to return Equipment by the end of the Rental Period may be considered theft, subject to criminal prosecution and civil liability where permitted, pursuant to applicable laws. CUSTOMER WAIVES ANY RIGHT OF ACTION AGAINST SUNBELT FOR SUCH ENTRY OR REPOSSESSION.

16. FINANCING. This Contract and all of Customer's rights in and to the Equipment are subject and subordinate to all rights, title and interest of all persons (including, Sunbelt's secured lenders) who have financed or leased the Equipment or provided financing to Sunbelt.

17. LIMITATION OF SUNBELT'S LIABILITY. IN CONSIDERATION OF SUNBELT'S RENTAL OF THE EQUIPMENT TO CUSTOMER, CUSTOMER AGREES THAT SUNBELT'S LIABILITY WITH RESPECT TO THIS CONTRACT, INCLUDING ANY LIABILITY ARISING FROM SUNBELT'S OR ANY THIRD PARTY'S COMPARATIVE, CONCURRENT CONTRIBUTORY, PASSIVE OR ACTIVE NEGLIGENCE OR THAT ARISES AS A RESULT OF ANY STRICT OR ABSOLUTE LIABILITY, SHALL NOT EXCEED THE TOTAL RENTAL CHARGES PAID BY CUSTOMER UNDER THIS CONTRACT.

18. JURY TRIAL WAIVER. TO THE EXTENT PERMITTED BY LAW, IN ANY ACTION TO ENFORCE OR INTERPRET THE TERMS OF THIS CONTRACT, THE PARTIES HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHT THEY MAY HAVE TO A TRIAL BY JURY, THIS WAIVER BEING A MATERIAL INDUCEMENT FOR THE PARTIES ENTERING INTO THIS CONTRACT.

19. COMPLIANCE WITH EXPORT AND IMPORT LAWS. Customer acknowledges and agrees that removal of the Equipment from the United States is prohibited under this Agreement. If Customer desires to transport or cause the transport of the Equipment outside of the United States and/or to operate the Equipment outside of the United States, Customer must notify Sunbelt prior to taking such action and, subject to agreement by Sunbelt, a separate Rider to this Agreement shall be executed and the terms of such Rider shall be incorporated herein. Although prohibited under this Agreement, if Customer exports or re-exports the Equipment, Customer acknowledges its understanding that the Equipment is subject to export control laws and regulations of the United States government, including but not limited to the Export Administration Regulations, and that Customer is responsible for complying with such laws and regulations. Customer further acknowledges that it is responsible for: (a) determining whether export or re-export licenses or other authorizations are required, (b) obtaining any required license(s), authorization(s), or documentation prior to exporting or re-exporting the Equipment, (c) obtaining any required documentation necessary for return of the Equipment, and (d) ensuring no unauthorized transfers or diversions of the Equipment occur. Refer to www.bis.doc.gov for information.

20. MISCELLANEOUS. If this Contract identifies any Equipment that is to be purchased by Customer, Sunbelt sells and delivers such Equipment to Customer on an "AS IS, WHERE IS" basis, with all faults and without any warranties (other than manufacturer warranties, if any) in consideration for Customer's payment to Sunbelt of the full purchase price of the Equipment. Sunbelt retains title to the Equipment until Customer has paid in full. This Contract: (a) together with any Customer executed credit application, constitutes the entire agreement of the parties regarding the Equipment and may not be modified except by written amendment signed by the parties; and (b) shall be governed by the laws of the State of North Carolina, without regard to any conflicts of law principles. If any provision of this Contract is prohibited by law in any state, such provision shall, as to such state, be ineffective to the extent of such prohibition without invalidating the remaining provisions. Headings in this Contract are for convenience only. Any failure by Sunbelt to insist upon strict performance of any provision of this Contract shall not be construed as a waiver of the right to demand strict performance in the future. Customer, and the person signing this Contract, represent that: (i) they both have full authority to execute, deliver and perform this Contract; and (ii) this Contract constitutes a legal, valid and binding obligation of Customer, enforceable in accordance with its terms. When Customer is a buyer of Equipment, they are hereby notified that Sunbelt has assigned its rights (but not its obligations) in the agreement to sell the asset(s) described herein to Sunbelt Rentals Exchange, Inc., a qualified intermediary, as part of Section 1031 exchange.

**SUNBELT RENTALS**

Page: 2

PC#:132
3505 BASHFORD AVENUE
LOUISVILLE, KY  40218
502-451-8387

**SUNBELT RENTALS, INC.**
Salesman: 13219 BIERY, JAMES (132
Typed By: JBIERY

Job Site:
C J MAHAN CONSTRUCTION CO #53
3505 BASHFORD AVE
LOUISVILLE, KY  40218-3105

C#: 614-875-8200  J#: 614-314-3616

# RESERVATION

Contract #.. 21772329
Contract dt.  8/12/09
Date out....  8/14/09    9:00 AM
Est return..  9/11/09    9:00 AM
Job Loc..... BRIDGE JOB ON HWY 22
Job No......  10- C J MAHAN CONSTR
P.O. #......  KY22
Ordered By.. PIPER, JEFF
NET DUE UPON RECEIPT

Customer: 2000010
C J MAHAN CONSTRUCTION CO #53
PO BOX 670
GROVE CITY, OH  43123

**Created at PC# 140 for PC# 132**

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|

See Jim Biery for exact Job Address

Sub-total:  3126.25
Tax:         187.58
Total:      3313.83



COPY

Rate your rental experience www.sunbeltrentals.com/survey

| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES MAY APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES AND REPAIRS |

1. The total charges in this Contract is an estimate based on the estimated rental period provided by Customer.
2. Customer assumes all risks associated with the Equipment during the Rental Period, including injury and damage to persons, property and the equipment.
3. Customer is responsible for and shall only permit properly trained, authorized individuals, who are not under the influence of drugs or alcohol, to use the Equipment.
4. If the Equipment does not operate properly, the Equipment is not suitable for customer's intended use, the Equipment did not come with operating and safety instructions or customer has any questions regarding use of the Equipment, do not operate the Equipment and contact Sunbelt immediately.
5. Misuse of the Equipment or using damaged or malfunctioning Equipment may result in serious bodily injury or death.
6. Customer has received, read, understands and agrees to the estimated charges herein and all the terms and conditions of this Contract, including the Release and Indemnification provision in Section 8.
7. Customer must call to request pickup of Equipment, retain Pick Up Number given by Sunbelt and is responsible for Equipment until actually retrieved by Sunbelt.
8. For operations in California: Customer is renting equipment registered under the California Air Resources Board (CARB) Portable Equipment Registration Program (PERP). The operator of this equipment is subject to the requirements of the PERP regulation and local Air Pollution Control District rules. Under the PERP Regulation, the renter is required to keep a copy of the rental agreement and CARB registration certificate, including operating conditions and notification requirements, with the equipment at all times.  By signing this form, the renter acknowledges receipt of these documents.

Customer is declining Rental Protection Plan _____ (Customer Initials)

Customer Signature    Date    Name Printed    Delivered By    Date

** www.sunbeltrentals.com **    RNTRESP1 (Rev 05/2

1. TERMS. Customer's rental of the Equipment is conditioned upon Customer's agreement with the terms of this Contract. All of the terms herein are incorporated into all future contracts between Sunbelt and Customer upon Customer's use of Sunbelt's equipment under those contracts, without objection, unless subsequently modified in writing by Sunbelt. Any reference in Customer's purchase order or any other Customer document (except for any executed Customer credit application or additional terms which are required by law) shall be void and deemed rejected. "Customer" is identified on the front of this Contract and includes any representatives, agents, officers or employees of Customer and anyone signing this Contract on their behalf. "Equipment" is the equipment and/or services identified on the front of this Contract, together with all replacements, repairs, additions, attachments and accessories thereto. Customer represents that the "Site Address" is the location where the Equipment will be located throughout the Rental Period and is identified on the front of this Contract. "Store" is the Sunbelt store location identified on the front of this Contract. "Sunbelt" is Sunbelt Rentals, Inc. and its affiliated companies, their respective officers, directors, employees and agents.

2. RENTAL CONTRACT. Sunbelt hereby rents to Customer and Customer rents from Sunbelt the Equipment pursuant to this Contract. Customer shall pay Sunbelt the rental rates (including any minimum rental identified on the front of this Contract) and other charges described herein when due, return the Equipment to Sunbelt as required herein and otherwise comply with this Contract. This Contract is a true lease. The Equipment (a) is and shall remain the personal property of Sunbelt; (b) shall not be considered affixed to real property; and (c) shall be maintained by Customer such that the Equipment may be removed without damaging any building or property.

3. PERMITTED USE. Customer agrees that Sunbelt has no control over the manner in which the Equipment is operated during the Rental Period by Customer or any third party that Customer implicitly or explicitly permits. Customer warrants that: (a) prior to each use of the Equipment, Customer has or will inspect the Equipment to confirm that the Equipment is in good condition, without defects, includes readable decals and operating and safety manuals and is suitable for Customer's intended use; (b) any apparent agent at the Site Address is authorized to accept delivery of the Equipment (and if Customer requests early morning delivery, Customer authorizes Sunbelt to leave the Equipment at the Site Address without requirement of written receipt); (c) Customer shall immediately notify Sunbelt if the Equipment is lost damaged, stolen, unsafe, disabled or malfunctioning, defects are discovered, the Equipment is levied upon or threatened with seizure, or if an Incident (defined below) occurs; (d) Customer has received from Sunbelt all information needed or requested regarding the operation of the Equipment; (e) Sunbelt is not responsible for providing operator or other training unless Customer specifically requests and pays for training that Sunbelt has agreed to provide (Customer being responsible to obtain all training that Customer desires from third parties if Sunbelt does not provide such training, prior to the Equipment use); (f) only authorized individuals shall use and operate the Equipment ("authorized individuals" being those who are familiar with and properly trained to use the Equipment and who are not under the influence of drugs or alcohol); (g) the Equipment's use shall be in a careful manner, in compliance with all operation and safety manuals and other instructions provided on, in or with the Equipment and all Federal, State and local laws and licenses, including but not limited to, OSHA, as revised; and (h) the Equipment shall be kept in a secure location.

4. PROHIBITED USE. Customer shall not (a) alter, disfigure, or cover up any numbering, lettering, decals, or insignia on the Equipment or remove any operation or safety manuals; (b) assign its rights under this Contract; (c) move the Equipment from the Site Address without Sunbelt's written consent of the new location; (d) intentionally damage the Equipment; (e) use the Equipment in a negligent, reckless, illegal, unauthorized or abusive manner nor allow the operation of the Equipment for an illegal purpose or by any unauthorized individual (Customer acknowledging that the Equipment may be dangerous if used improperly or by untrained parties).

5. MAINTENANCE. Customer shall perform routine maintenance of the Equipment, including routine inspections and maintenance of fuel and oil levels, grease, filters, cooling system, water, batteries, cutting edges, and cleaning accordance with the manufacturer's specifications (all other maintenance or repairs may only be performed by Sunbelt, but Sunbelt has no responsibility during the Rental Period to inspect or perform any maintenance or repairs unless Customer requests a service call). If Sunbelt determines that repairs to the Equipment are required, other than Ordinary Wear and Tear, Customer shall pay the full cost of repairs and rental of the Equipment until the repairs are completed. "Ordinary Wear and Tear" means normal deterioration considered reasonable in the equipment rental industry for one shift use. Sunbelt has the right to enter, inspect and observe the use of the Equipment wherever located. Customer has the authority to and hereby grants Sunbelt the right to enter the physical location of the Equipment for the purposes set forth herein. Sunbelt shall be responsible for repairs needed because of Ordinary Wear and Tear. Customer agrees that repair or replacement of the Equipment is Customer's exclusive remedy for Sunbelt's breach of this Contract. Notwithstanding Sunbelt's service commitment, Sunbelt shall have no obligation to (a) repair or replace Equipment damaged by Customer's breach of this Contract or other misuse, abuse or neglect; or (b) stop the Rental Period, commence repairs or rent other equipment to Customer until Customer or Customer's insurance company has inspected such Equipment and agreed to pay or paid for such costs.

6. CUSTOMER LIABILITY FOR DAMAGE AND LOSS. CUSTOMER ASSUMES DURING THE RENTAL PERIOD (DEFINED BELOW) ALL RISKS ASSOCIATED WITH THE POSSESSION, CUSTODY AND OPERATION OF AND FULL RESPONSIBILITY FOR, THE EQUIPMENT, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, DEATH, RENTAL CHARGES, LOSSES, DAMAGES AND DESTRUCTION, INCLUDING TRANSPORT, LOADING AND UNLOADING. "Incident" is any fire, citation, theft, accident, casualty, loss, injury, death or damage to person or property, claimed by any person, or may be or appears to have occurred on, in connection with, or around the Equipment. After an Incident, Customer shall (a) immediately notify the police and Sunbelt; (b) secure and maintain the Equipment and the surrounding premises in the condition existing at the time of such Incident, until Sunbelt and/or its designees investigate such Incident; (c) immediately after receipt submit to Sunbelt copies of all police or other third party reports and notify Sunbelt of any other reports; and (d) pay Sunbelt, in addition to other sums due herein the rental rate for Equipment until the repairs are completed or Equipment replaced plus (i) the manufacturer's list price on the date of the loss ("MSLP") of the lost or destroyed Equipment ("lost" being when Equipment's location is unknown, or Customer is unable to recover for a period of 30 days); or (ii) the full cost of repairs of damaged Equipment. Accrued rental charges shall not be applied against such additional amounts. Sunbelt shall have the immediate right, but not obligation, to reclaim any Equipment involved in any Incident.

7. NO WARRANTIES. Sunbelt does not design or manufacture the Equipment and is not the agent of the party(ies) that do. SUNBELT DISCLAIMS ANY AND ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE EQUIPMENT ITS DURABILITY, CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE. CUSTOMER ACKNOWLEDGES ACCEPTANCE OF THE EQUIPMENT ON AN "AS IS, WHERE IS" BASIS, WITH "ALL FAULTS" AND WITHOUT ANY RECOURSE WHATSOEVER AGAINST SUNBELT. CUSTOMER ASSUMES ALL RISKS ASSOCIATED WITH THE EQUIPMENT AND RELEASES SUNBELT FROM ANY AND ALL LIABILITIES AND DAMAGES (INCLUDING LOST PROFITS, PERSONAL INJURY, AND SPECIAL, INCIDENTAL AND CONSEQUENTIAL DAMAGES) IN ANY WAY CONNECTED WITH THE EQUIPMENT, ITS OPERATION OR USE OR ANY DEFECT OR FAILURE THEREOF OR A BREACH OF SUNBELT'S OBLIGATIONS HEREIN.

8. RELEASE AND INDEMNIFICATION. TO THE FULLEST EXTENT PERMITTED BY LAW, CUSTOMER INDEMNIFIES, RELEASES, HOLDS SUNBELT HARMLESS AT SUNBELT'S REQUEST, DEFENDS (WITH COUNSEL APPROVED BY SUNBELT) FROM AND AGAINST ALL LIABILITIES, CLAIMS, LOSSES, DAMAGES, AND EXPENSES (INCLUDING ATTORNEY'S FEES AND EXPENSES) HOWEVER ARISING OR INCURRED, RELATED TO ANY INCIDENT, ANY DAMAGE TO PROPERTY, INJURY TO, OR DEATH OF, ANY PERSON OR ANY CONTAMINATION OR ALLEGED CONTAMINATION, OR VIOLATION OF LAW OR REGULATION CAUSED BY OR CONNECTED WITH THE USE, POSSESSION OR CONTROL OF THE EQUIPMENT DURING THE RENTAL PERIOD OR BREACH OF THIS CONTRACT, WHETHER OR NOT CAUSED BY THE ACTIVE OR PASSIVE NEGLIGENCE OR OTHER FAULT OF ANY PARTY INDEMNIFIED HEREIN AND ANY OF THE FOREGOING ARISING OR IMPOSED IN ACCORDANCE WITH THE DOCTRINE OF STRICT OR ABSOLUTE LIABILITY. CUSTOMER'S INDEMNITY OBLIGATIONS SHALL SURVIVE THE EXPIRATION OR TERMINATION OF THIS CONTRACT. IF ANY PART OF THIS SECTION IS DETERMINED INVALID BY A COURT OF COMPETENT JURISDICTION, CUSTOMER AGREES THAT THIS RELEASE AND INDEMNIFICATION SHALL BE ENFORCEABLE TO THE FULLEST EXTENT PERMITTED BY LAW.

9. INSURANCE. During the Rental Period, Customer shall maintain, at its own expense, the following minimum insurance coverage: (a) general liability insurance of not less than $1,000,000 per occurrence, including but not limited to, coverage for Customer's contractual liabilities herein (including the release and indemnification clause contained in Section 8); (b) if the RPP (defined below) is not elected and paid for, property insurance against loss by all risks to the Equipment, in an amount at least equal to the MSLP thereof; and (c) worker's compensation insurance as required by law; and (d) if the Equipment is to be used on any roadway, automobile liability and physical damage insurance (including comprehensive and collision coverage, a non-owned vehicle endorsement and uninsured/underinsured motorist coverage), in the same amounts set forth in subsections (a) and (b). Such policies shall be primary (and not on an excess basis), on an occurrence basis, name Sunbelt as an additional insured and loss payee, and provide for Sunbelt to receive at least 30 days prior written notice of any cancellation or material change in such coverage. Customer shall provide Sunbelt with certificates of insurance evidencing the coverages required above prior to any rental and any time upon Sunbelt's request (failure to provide such certificates may constitute a breach of this Contract). THE INSURANCE REQUIRED HEREIN DOES NOT RELIEVE CUSTOMER OF ANY OF CUSTOMER'S RESPONSIBILITIES, INDEMNIFICATION OR OTHER OBLIGATIONS HEREIN, OR FOR WHICH CUSTOMER MAY BE LIABLE BY LAW OR OTHERWISE.

10. RENTAL PROTECTION PLAN ("RPP"). If Customer has elected the RPP and the Equipment is lost, stolen, damaged or destroyed, provided the Conditions are satisfied and an Exclusion does not apply, then Customer's repair or replacement responsibility in Sections 5 and 6 is modified by the RPP and Sunbelt shall limit the amount Sunbelt collects from Customer for the Equipment loss, damage or destruction to the following amounts: (a) 10% of the MSLP for Equipment stolen from a secure location (being defined as under lock and key with only Customer having access thereto); (b) 50% of the MSLP for Equipment stolen from an unsecured location; (c) 50% of the cost of repairs for incidental or accidental damage to Equipment less the greater of $500 or 10% of MSLP; (d) 50% of the MSLP of destroyed Equipment less the greater of $500 or 10% of MSLP; (e) costs in excess of $50 for tire puncture repairs, if dispatched by Sunbelt (excludes foam filled tires, demolition tires and tire replacement, the entire cost of repair and/or replacement being Customer's responsibility in such events); and (f) nothing for the cost from rental charges which would otherwise accrue during the period when damaged or destroyed Equipment is being repaired or replaced by Sunbelt or, for lost or stolen Equipment, after Sunbelt receives the police report. THE RPP IS NOT INSURANCE AND DOES NOT PROTECT CUSTOMER FROM LIABILITY TO SUNBELT OR OTHERS ARISING OUT OF POSSESSION OR OPERATION OF THE EQUIPMENT, INCLUDING INJURY OR DAMAGE TO PERSONS OR PROPERTY.

i. RPP Conditions. The following "Conditions" must be satisfied for the RPP to apply: (A) Customer accepts the RPP; (B) Customer pays 14% of the gross rental charges as the fee for the RPP; (C) Customer fully complies with the terms of this Contract; (D) Customer's account is current at the time of the loss, theft, damage or destruction of the Equipment, and (F) none of the Exclusions apply.

ii. RPP Exclusions. Customer assumes the Exclusion risks, meaning that if any Exclusion occurs, the RPP does NOT cover the loss, theft, damage or destruction resulting from such Exclusion. "Exclusions" shall mean loss, theft, damage or destruction of the Equipment: (A) due to possession and/or operation of Equipment by a person other than Customer or Customer's authorized employee or any dishonest act by Customer; (B) due to the Equipment's operation in a manner inconsistent with the manufacturer's instructions, or contrary to this Contract, including but not limited to the Equipment exceeding rated capacity, b,ing overloaded, .misuse, abuse, negligence, improper servicing or lack of Customer required maintenance; (C) due to the Equipment's collision, overturning, upset, rolling over or striking overhead objects; (D) caused by vandalism, malicious mischief, disappearance, loss, theft or wrongful conversion of Equipment not reported by Customer to the police within 48 hours of discovery, and substantiated by a written police report (promptly delivered to Sunbelt); (E) occurring during the loading, unloading or transportation of the Equipment; (F) due to flood, wind, storm, earthquake or other external causes; (G) due to nuclear reaction, radiation, radioactive contamination, exposure and/or contamination or from hazardous materials or any other cause; (H) due to seizure or destruction of Equipment by order of governmental authority; and (I) accessories, which are not being charged the RPP fee. THE EXCLUSIONS ARE RISKS ASSUMED BY CUSTOMER AND ARE NOT COVERED BY THE RPP.

iii. Recovery of Equipment. If the Equipment is recovered at a later date, Sunbelt retains ownership of the Equipment. Notwithstanding anything to the contrary in this Contract, if lost or stolen Equipment is later recovered, neither Customer nor Customer's insurance company shall have any ownership rights to it, regardless of any payments made by Customer or Customer's insurance company with respect to such Equipment, all of which payments are non-refundable. Customer agrees to promptly return any Equipment that is recovered.

iv. Subrogation. Sunbelt shall be subrogated to Customer's rights to recover against any person or entity relating to any loss, theft, damage or destruction to the Equipment. Customer shall cooperate with, assign Sunbelt all claims and proceeds arising from such loss, theft, damage or destruction, execute and deliver to Sunbelt whatever documents are required and take all other necessary steps to secure in Sunbelt such rights.

11. RENTAL PERIOD. "Rental Period" commences when the Equipment is delivered to Customer or the Site Address and continues until the Equipment is returned to the Store during normal business hours, provided Customer has otherwise complied with this Contract and the Equipment is in the condition required herein. Sunbelt may terminate this Contract at any time, for any reason, after the estimated Rental Period identified on the front of this Contract. If Customer elects for Sunbelt to pick up the Equipment, the day Customer calls Sunbelt and receives a Pick Up Number (defined below), Customer may receive a credit for the rental charges from the date the Pick Up Number is given (so that the Rental Period ends on the date the Pick Up Number is given), provided Customer has otherwise complied with this Contract and the Equipment is in the condition required herein.

12. RENTAL RATES. The total charges specified in this Contract are: (a) estimated based upon Customer's representation of the estimated Rental Period identified on the front of this Contract (rental rates beyond the estimated Rental Period may change); and (b) for the Equipment's use for "one shift" being not more than 8 hours per day and 40 hours per week unless otherwise noted. Weekly and monthly rental rates shall not be prorated and the daily rental rate shall apply. Customer shall notify Sunbelt if the Equipment is used in excess of the above number of hours or the estimated Rental Period, and if so used, Customer shall pay additional fees. In addition to the rental rates and other fees for the Equipment, Customer is responsible for (i) all licenses, fees and taxes based on Customer's use of the Equipment; (ii) delivery and pickup costs to and from the Store; (iii) maintenance, repairs and replacements to the Equipment as provided herein; (iv) a cleaning fee if the Equipment is returned uncleaned; (v) fees for lost keys; (vi) fuel used during the Rental Period (Customer may either return the Equipment fully fueled or a fuel charge will be assessed (designed to cover Sunbelt's direct and indirect costs of refueling the Equipment)); and (vii) an environmental charge (designed to cover Sunbelt's direct and indirect costs of handling and disposing of wastes and hazardous materials). The environmental charge is not a government mandated charge. Payment for all estimated charges is due at the time of rental, in cash or by a credit card, unless Sunbelt approves Customer's executed credit application. The convenience charge for off road diesel fuel does not include state motor fuel taxes.

13. PAYMENT. Customer is liable for and shall pay all rental charge(s) and applicable federal, state and/or local taxes, without any offsets, deductions or claims, in full no later than the end of the Rental Period, or if an approved credit customer, upon receipt of Sunbelt's invoice. Customer must notify Sunbelt in writing of any disputed amounts, including credit card charges, within 15 days after the receipt of the invoice/contract or Customer shall be deemed to have irrevocably waived its right to dispute such amounts and the amounts shall be deemed final and binding. At Sunbelt's discretion, any credit account with a delinquent balance may be placed on a cash basis, deposits may be required and the Equipment picked up without notice. Due to the difficulty in fixing actual damages caused by late payment, Customer agrees that a service charge equal to the lesser of 1.5% per month or the maximum rate permitted by law shall be assessed on all delinquent accounts, until paid in full. Deposits are only required to be returned after all fees and expenses paid in full. Customer agrees that if a credit card is presented to pay for charges or to guarantee payment, Customer authorizes Sunbelt to charge the credit card the estimated charges specified in this Contract, any required security deposit and all additional charges subsequently incurred by Customer, including but not limited to, loss of or damages to the Equipment. Customer's obligations to return and pay for the amounts due herein shall survive the Rental Period and termination of this Contract.

14. RETURN OF EQUIPMENT. At the end of the Rental Period, the Equipment shall be returned to Sunbelt in the same condition it was received, less Ordinary Wear and Tear and free of any hazardous materials and contaminants. The Rental Period and this Contract shall not terminate and rental charges shall continue to accrue until Sunbelt confirms that the Equipment is returned in the condition required herein. If Sunbelt delivered the Equipment to Customer, Customer shall notify Sunbelt that the Equipment is ready to be picked up at the Site Address and obtain a "pick-up" number from Sunbelt evidencing such call ("Pick Up Number"); provided Customer remains liable for any loss of or damage to the Equipment until Sunbelt confirms that the Equipment is returned in the condition required herein (which Pick Up Number Customer should keep for its records as proof of such call). No pickups occur on Sundays and Saturday pickups are dependent on specific Store hours. If Customer picked up Equipment, Customer shall return Equipment to the same Store during that Store's normal business hours. Any loss of or damage to the Equipment resulting from a return other than as set forth above shall be Customer's sole responsibility. If the Equipment is not returned by the estimated end of the Rental Period specified on the front of this Contract, in addition to the charges set forth in this Contract, Customer agrees to pay the applicable rental rate for the Equipment until the end of the Rental Period.

15. DEFAULT. Customer shall be in default if Customer: (a) fails to pay sums when due; (b) breaches any provision of this Contract; (c) becomes a debtor in a bankruptcy proceeding, or goes into receivership; (d) places the Equipment at risk if Sunbelt, in good faith, deems itself insecure; (e) fails to return Equipment immediately upon Sunbelt's demand; or (f) is in default under any other contract with Sunbelt. If a Customer default occurs, Sunbelt shall have, in addition to all rights and remedies at law or in equity, the right to enter the Site Address or wherever the Equipment is located and repossess the Equipment without judicial process or prior notice. Customer shall pay all of Sunbelt's costs, including reasonable costs of collection, court costs and attorney's fees incurred in exercising any of its rights or remedies herein. The use of false identification to obtain Equipment or the failure to return Equipment by the end of the Rental Period may be considered theft, subject to criminal prosecution and civil liability where permitted, pursuant to applicable laws. CUSTOMER WAIVES ANY RIGHT OF ACTION AGAINST SUNBELT FOR SUCH ENTRY OR REPOSSESSION.

16. FINANCING. This Contract and all of Customer's rights in and to the Equipment are subject and subordinate to all rights, title and interest of all persons (including, Sunbelt's secured lenders) who have financed or leased the Equipment or provided financing to Sunbelt.

17. LIMITATION OF SUNBELT'S LIABILITY. IN CONSIDERATION OF SUNBELT'S RENTAL OF THE EQUIPMENT TO CUSTOMER, CUSTOMER AGREES THAT SUNBELT'S LIABILITY WITH RESPECT TO THIS CONTRACT, INCLUDING ANY LIABILITY ARISING FROM SUNBELT'S OR ANY THIRD PARTY'S COMPARATIVE, CONCURRENT CONTRIBUTORY, PASSIVE OR ACTIVE NEGLIGENCE OR THAT ARISES AS A RESULT OF ANY STRICT OR ABSOLUTE LIABILITY, SHALL NOT EXCEED THE TOTAL RENTAL CHARGES PAID BY CUSTOMER UNDER THIS CONTRACT.

18. JURY TRIAL WAIVER. TO THE EXTENT PERMITTED BY LAW, IN ANY ACTION TO ENFORCE OR INTERPRET THE TERMS OF THIS CONTRACT, THE PARTIES HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHT THEY MAY HAVE TO A TRIAL BY JURY, THIS WAIVER BEING A MATERIAL INDUCEMENT FOR THE PARTIES ENTERING INTO THIS CONTRACT.

19. COMPLIANCE WITH EXPORT AND IMPORT LAWS. Customer acknowledges and agrees that removal of the Equipment from the United States is prohibited under this Agreement. If Customer desires to transport or cause the transport of the Equipment outside of the United States and/or to operate the Equipment outside of the United States, Customer must notify Sunbelt prior to taking such action and, subject to agreement by Sunbelt, a separate Rider to this Agreement shall be executed and the terms of such Rider shall be incorporated herein. Although prohibited under this Agreement, if Customer exports or re-exports the Equipment, Customer acknowledges its understanding that the Equipment is subject to export control laws and regulations of the United States government, including but not limited to the Export Administration Regulations, and that Customer is responsible for complying with such laws and regulations. Customer further acknowledges that it is responsible for: (a) determining whether export or re-export licenses or other authorizations are required, (b) obtaining any required license(s), authorization(s), or documentation prior to exporting or re-exporting the Equipment, (c) obtaining any required documentation necessary for return of the Equipment, and (d) ensuring no unauthorized transfers or diversions of the Equipment occur. Refer to www.bis.doc.gov for information.

20. MISCELLANEOUS. If this Contract identifies any Equipment that is to be purchased by Customer, Sunbelt sells and delivers such Equipment to Customer on an "AS IS, WHERE IS" basis, with all faults and without any warranties (other than manufacturer warranties, if any) in consideration for Customer's payment to Sunbelt of the full purchase price of the Equipment. Sunbelt retains title to the Equipment until Customer has paid in full. This Contract: (a) together with any Customer executed credit application, constitutes the entire agreement of the parties regarding the Equipment and may not be modified except by written amendment signed by the parties; and (b) shall be governed by the laws of the State of North Carolina, without regard to any conflicts of law principles. If any provision of this Contract is prohibited by law in any state, such provision shall, as to such state, be ineffective to the extent of such prohibition without invalidating the remaining provisions. Headings in this Contract are for convenience only. Any failure by Sunbelt to insist upon strict performance of any provision of this Contract shall not be construed as a waiver of the right to demand strict performance in the future. Customer, and the person signing this Contract, represent that: (i) they both have full authority to execute, deliver and perform this Contract; and (ii) this Contract constitutes a legal, valid and binding obligation of Customer, enforceable in accordance with its terms. When Customer is a buyer of Equipment, they are hereby notified that Sunbelt has assigned its rights (but not its obligations) in the agreement to sell the asset(s) described herein to Sunbelt Rentals Exchange, Inc., a qualified intermediary, as part of Section 1031 exchange.

RNTRESPI/RNT9 (Rev 05/27/09)