# Michael S. Maloney

**From:** David Gusman <david.gusman@zurichna.com>
**Sent:** Tuesday, May 10, 2011 11:54 AM
**To:** Michael S. Maloney
**Subject:** Re: 9240081163 re: 9240081163 CJ Mahan Construction/Sunbelt Rentals, Inc.

Mike, Confirming our telephone call, Zurich will also indemnify Sunbelt on a primary basis up to the limits of the Zurich underlying policy which is
$1,000,000 and we will pay your reasonable legal expenses subject to my review of your legal bills. If I need our internal legal department to review your bills to ensure the bills are in accordance with normally accepted billing guidelines I will do so but at this juncture I don't need to do that. I merely want you to understand that I will need to review the invoices and any supporting documentation so I would suggest you gather all the invoices up and mail them to the P.O. box noted below. The sooner I get the invoices the sooner we can reimburse Sunbelt.

Let me know if this response is satisfactory to you. I want to add that Sunbelt is an additional insured under the Zurich policy so the indemnifcation provison is moot, since Zurich will handle Sunbelt's claim on a primary basis pursuant to the contract and the endorsement added to policy in favor of Lessor.

David Gusman

This Message is From:
David Gusman, CPCU, AIC, SCLA
MCU Specialist - Head Office Claims
North Central Region liability
P.O. Box 968070 (For all incoming mail) Schaumburg, IL 60196-8070 Toll Free (800) 239-0283, ext. 2728
Direct: (317) 816-2728
Mobile: (317) 319-4086
Facsimile: (800) 282-7538
Email: david.gusman@zurichna.com

|  |  |
|---|---|
| "Michael S. Maloney" <mmaloney@soblegal.com><br>05/09/2011 11:38 PM | To<br>David Gusman <david.gusman@zurichna.com><br>cc<br>"Michael S. Maloney" <mmaloney@sobmlegal.com><br>Subject<br>Re: 9240081163 re: 9240081163 CJ Mahan Construction/Sunbelt Rentals, Inc. |

1

David,

Thank you for getting back to me about Sunbelt's tender. Your email mentions that Zurich is accepting Sunbelt's tender of defense without reservation but doesn't address the indemnification issue.

Please confirm that Zurich will also indemnify Sunbelt (on a primary basis) up to the limits of the Zurich policy which I understand are $1,000,000.00.

In addition please confirm that Zurich will be reimbursing Sunbelt for all fees and expenses incurred to date in the defense of this case.

I look forward to hearing back from you.


Michael S. Maloney

mmaloney@sobmlegal.com

Direct Dial: 502-625-1670

Direct Fax: 502-779-9328

Mobile:     502-593-4437

Schiller Osbourn Barnes & Maloney, PLLC
1600 One Riverfront Plaza
401 W. Main Street
Louisville, KY 40202
Firm Phone: 502-583-4777
Firm Fax:    502-583-4780

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.


> From: David Gusman <david.gusman@zurichna.com>
> Date: Fri, 6 May 2011 16:08:09 -0400
> To: <mmaloney@sobmlegal.com>
> Cc: <david@clarklex.com>, <18002827538@faxmail.com>
> Subject: 9240081163 re:  9240081163 CJ Mahan Construction/Sunbelt Rentals,

> Inc.
>
>
> This message is for Michael Maloney:
>
> Dear Mr. Maloney,
>
> Confirming my voice mail message this afternoon and our prior
> discussions in which I informed you that Zurich would respond to your
> outstanding tender.
>
> Please allow this electronic correspondence to formally acknowledge
> your January 19, 2011 letter and tender addressed to CJ Mahan
> Construction Company in which you tender to Zurich American Insurance
> Company the defense and indemnity of Sunbelt with respect to the Pruitts' claims.
>
> Your tender is pursuant to the rental contract provisions between
Sunbelt,
> as Lessor, and CJ Mahan, as Lessee, in which Sunbelt is to be named an
> additional named insured.
> As we discussed, this matter arose out of a bodily injury to Leon
> Pruitt while he was using a scissor-lift rented by CJ Mahan
> Construction Company from Sunbelt. The rental agreement includes a
> requirement that Sunbelt be included as an additional insured under
> the named insured's liability policy and Zurich issued an endorsement
> entitled "Additional Insured - Lessor of Leased Equipment - Automatic
> Status When Required in Lease Agreement With You" (coverage form CG 20
> 34 07 04).  Zurich also acknowledges the Certificate of Insurance
> issued by the insured's
insurance
> broker, MJ Insurance, naming Sunbelt as an Additional Insured.
>
> Since the above incident occurred while CJ Mahan Construction Company
> was using the scissor lift, Zurich accepts Sunbelt's tender of defense
> under the Zurich policy without reservation.
>
> The defense of Sunbelt is to be assigned to attorney David Clark,
Phillips,
> Parker, Orberson & Arnett, Lexington, KY.  Mr. Clark can be reached at
> 859-559-4457.  I have asked Mr. Clark to contact you to arrange to
receive
> your file and also to file a substitution of attorneys.
>
> Should you have any questions please do not hesitate to call me directly.
>
> Best regards,
>
> David Gusman
>
> This Message is From:
> David Gusman, CPCU, AIC, SCLA
> MCU Specialist - Head Office Claims

3

> North Central Region liability
> P.O. Box 968070 (For all incoming mail) Schaumburg, IL 60196-8070
> Toll Free (800) 239-0283, ext. 2728
> Direct: (317) 816-2728
> Mobile: (317) 319-4086
> Facsimile: (800) 282-7538
> Email: david.gusman@zurichna.com
>
>
>
> ****************** PLEASE NOTE ****************** This
> E-Mail/telefax message and any documents accompanying this
> transmission may contain privileged and/or confidential information
> and
is
> intended solely for the addressee(s) named above. If you are not the
> intended addressee/recipient, you are hereby notified that any use of,
> disclosure, copying, distribution, or reliance on the contents of this
> E-Mail/telefax information is strictly prohibited and may result in
> legal action against you. Please reply to the sender advising of the
> error in transmission and immediately delete/destroy the message and
> any accompanying documents. Thank you.
>

****************** PLEASE NOTE ****************** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.